In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-315 CV


____________________



IN THE ESTATE OF LILLIAN DARTEZ HOELZER GASPARD






On Appeal from the County Court at Law


Orange County, Texas


Trial Cause No. 14,625






 MEMORANDUM OPINION


 The appellant, Roxie Huffman Lormand, filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court. See Tex. R.
App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is granted
and the appeal is dismissed.

 APPEAL DISMISSED.


 ______________________________

 HOLLIS HORTON

 Justice


Opinion Delivered September 11, 2008

Before Gaultney, Kreger, and Horton, JJ.